September 2, 2015

81,893-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
OFFICE OF THE CLERK
P.O. Box12308, Capitol Station
Austin, Texas  78711

In re: Ex parte Joseph Johnson, Jr.  Trial Court No. 1234108

To the Hon. Abel Acosta,

    Enclosed please find for filing and action my "Writ of Manda-
mus" filed where the county Clerk has apparently not forwarded
my Writ as Law requires from the letter I received from your office
Sept. 1, 2015.  As I received my copy of the States Answer back in
July I just assumed a copy was being sent to the Court of Criminal
Appeals, though with the issue of corruption and alter documenta-
tion by the Harris County judicial officials I can understand the
reason for not forwarding the Writ.

    I ask that you please notify myself up receipt and filing of
this action.

Respectfully yours,

/s/ Joseph Johnson Jr.

JOSEPH JOHNSON, JR.  1758171
C.T. Terrell
1300 FM 655
Rosharon, Texas  77583

TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS


EX PARTE                           §

JOSEPH JOHNSON, JR.,               §        WRIT NO. _____

            Petitioner             §


WRIT OF MANDAMUS


BEFORE THE COURT:

    COMES NOW JOSEPH JOHNSON, JR., Petitioner pro se, and files
this his "Writ of Mandamus" in the above styled cause where the
County of conviction has refused, pursuant to Notice from the
Clerk of the Court, to forward Petitioner's Art. 11.07 Writ of
Habeas Corpus to the Court. Pursuant to a letter from Brenda
McNeal, Deputy Clerk of Harris County, Texas, Petitioner's Writ
was received June 8, 2015, although Petitioner had filed/mailed
it in mid May, 2015. Trial Court NO. 1234108-B

    On July 13, 2015, Petitioner received trhe "State's Answer
and Order" to which he immediately filed a rebuttal. On July 14,
2015, Petitioner received a signed copy of same showing that Judge
Krocker had signed off on the "State's Proposed Finding's of Facts
Conclusions of Law, and Order" July 6, 2015. If this was the case
then Petitioner's Writ of Habeas Corpus should have arrived in
the Office of the Clerk of the Court of Criminal Appeals at or
about the same time as Petitioner received his copy..

    On August 16, 2015, having received No Notice by "White Card"
that the Writ had been received and filed for review on the new
issues of Constitutional violation, Petitioner forwarded a letter

1

to Abel Acosta, Clerk, on the matter. On August 25, 2015, Mr. Acosta returned a reply letter to Petitioner which he received on September 1, 2015, stating his office has NO record of having ever received said Writ. As of the preparation of this document it has now been 87 days, 52 days longer than allowed by Law, since the county received Petitioner's Writ.

WHEREFORE, Petitioner would so pray this Honorable Court to GRANT him his Writ and enter an Order for the Clerk of the Court to Notify the Clerk of the Harris County District Clerk's Office to forward Petitioner's Art. 11.07 Writ of Habeas Corpus and all Court documents to the Court of Criminal Appeals for review of the issues post haste.

Further Petitioner prayeth not.

Respectfully submitted,

/s/ Joseph Johnson Jr.
Joseph Johnson, Jr. 1758171
Petitioner Pro Se

UNSWORN DECLARATION

I, Joseph Johnson, Jr., TDCJ No. 1758171, being presently restrained of my liberty in violation of 18 USC §241, at the C.T. Terrell unit located at 1300 FM 655, Rosharon, Texas 77583 in Brazoria County, declares under penalty of perjury thta the fore-going document is true and correct to the best of my knowledge.

Signed this the _____2_____ day of September, 2015.

/s/ Joseph Johnson Jr.
AFFIANT

2